IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SAMUEL TORRES, | ) |
| | ) |
| v. | ) NO. 3:08-CV-0636 |
| | ) JUDGE CAMPBELL |
| CHAD YOUTH ENHANCEMENT | ) |
| CENTER, et al., | ) |
| | ) |

### ORDER

Pending before the Court is Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment (Docket No. 17). For the reasons stated in the accompanying memorandum, Defendants' Motion is GRANTED and Plaintiff's claims are DISMISSED.

This order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE